CATHERINE DEVITT *v.* JOHN C. MANULIK

The plaintiff's motion for permission to refile her corrected brief is granted by the court.

*Anthony J. Lasala,* in support of the motion.

Submitted September 19—decided October 4, 1978

The parties' motion for permission to consolidate their appeals in the above-entitled cases for the purpose of oral argument is granted by the court.

*David M. Reilly, Jr.,* and *John J. Resnik,* in support of the motion.

Submitted September 25—decided October 4, 1978

WILLIAM H. COCHRAN *v.* TOWN OF STONINGTON

The plaintiffs' petition for certification for appeal from the judicial district of New London at Norwich is denied by the court.

*W. Campbell Hudson III,* in support of the petition.

*Joseph J. Purtill,* in opposition.

Submitted October 3—decided October 12, 1978

STATE OF CONNECTICUT *v.* JOEY D. ALBERT

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Phillip N. Armentano,* in support of the petition.

*John H. Malone,* deputy assistant state's attorney, in opposition.